IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES DRAIN and RACHEL DRAIN, *et al.*,

       Plaintiffs,

vs.

       Civ. No. 04-0399 MV/KBM

WELLS FARGO BANK, MINNESOTA, NA, as TRUSTEE for ITLA MORTG., LOAN SECURITIZATION 2002-1,LLC, and ACCREDITED HOME LENDERS INC., and FAIRBANKS CAPITAL CORP., UTAH and its Director, BASMAJIAN T. DOYLE,

       Defendants.

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on Plaintiffs' Motion to Set Aside Default for Defendants Well Fargo and Fairbanks on Their Counterclaims, filed December 6, 2004, **[Doc. No. 50]**. For the reasons stated in Magistrate Judge Molzen's Proposed Findings and Recommended Disposition and Order on Certain Pending Motions, filed June 17, 2005, [Doc. No. 151], Plaintiffs' motion will be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Set Aside Default for Defendants Well Fargo and Fairbanks on Their Counterclaims, filed December 6, 2004, **[Doc. No. 50]** is **GRANTED**. The Clerk's entry of default judgment against Plaintiffs on the counterclaims asserted by Defendants/Counter-Plaintiffs Wells Fargo and Fairbanks Capital

Corp., filed October 21, 2004, [Doc. No. 39], is hereby set aside.

Dated this 19th day of August, 2005.

_____
MARTHA VÁZQUEZ
U. S. DISTRICT COURT JUDGE


Attorney for Plaintiffs:
    Mike Bello, Esq.

Attorneys for Defendants:
    Cynthia Tessman, Esq.
    Dylan O'Reilly, Esq.