## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JAMES DRAIN and RACHEL DRAIN, *et al.*,

        Plaintiffs,

                                Civ. No. 04-0399 MV/KBM

vs.

WELLS FARGO BANK, MINNESOTA,
NA, as TRUSTEE for ITLA MORTG.,
LOAN SECURITIZATION 2002-1,LLC, and
ACCREDITED HOME LENDERS INC., and
FAIRBANKS CAPITAL CORP., UTAH and
its Director, BASMAJIAN T. DOYLE,

        Defendants.

## MEMORANDUM OPINION AND ORDER

    **THIS MATTER** comes before the Court on Defendants/Counter-Plaintiffs Fairbanks

Capital Corp. and Wells Fargo Bank's Motion for Clarification of Order, filed March 9, 2006,

**[Doc. No. 230]**.  In their motion, Defendants/Counter-Plaintiffs seek to clarify that the

March 2, 2006 Amended Memorandum Opinion and Order that dismissed Plaintiffs' claims with

prejudice as a sanction did not dismiss Defendants/Counter-Plaintiffs' counterclaims.  In their

motion, Defendants/Counter-Plaintiffs stipulate to the dismissal without prejudice of their

counterclaims.  Plaintiffs did not file a response to this motion.

    **IT IS THEREFORE ORDERED** that Defendants/Counter-Plaintiffs Fairbanks Capital

Corp. and Wells Fargo Bank's Motion for Clarification of Order, filed March 9, 2006,

**[Doc. No. 230 ]** is **GRANTED.**   It is hereby clarified that the Court's March 2, 2006 Amended

Memorandum Opinion and Order did not dismiss Defendants/Counter-Plaintiffs Fairbanks Capital

Corp. and Wells Fargo Bank's counterclaims.

**IT IS FURTHER ORDERED** that Defendants/Counter-Plaintiffs Fairbanks Capital

Corp. and Wells Fargo Bank's counterclaims are hereby dismissed without prejudice.

Dated this 28th day of March, 2006.

_____
MARTHA VÁZQUEZ
U. S. DISTRICT COURT JUDGE

Attorney for Plaintiffs:
    Mike Bello, Esq.

Attorneys for Defendants:
    Cynthia Tessman, Esq.
    Dylan O'Reilly, Esq.